UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**TERRY G. HAYES**                                                                    **PLAINTIFF**

v.                                             **CIVIL ACTION NO. 3:07CV-353-S**

**DANNY FACKLER, BULLITT COUNTY JAILER** *et al.*             **DEFENDANTS**

## MEMORANDUM OPINION

By Order entered May 20, 2008 (DN 8), the Court, in light of the scant facts provided in the complaint, provided Plaintiff 30 days within which to amend his complaint to provide more detail with respect to his claims, including how each Defendant allegedly violated his rights and the dates on which each event took place. Due to illness, Plaintiff requested an extension, which the Court granted by Order entered July 9, 2008 (DN 10). Thereafter, Plaintiff requested a second extension (DN 11). Although Plaintiff provided no reason for the requested extension, the Court, nonetheless, granted the motion by Order entered November 14, 2008 (DN 13). The Court provided Plaintiff additional time up to and including December 15, 2008, in which to amend his complaint, and the Court warned Plaintiff that his failure to file an amendment by that date would result in dismissal of this action.

The response time has expired, and a review of the record reveals that Plaintiff has failed to comply with the prior Order or show cause for said failure. Accordingly, the action will be dismissed by separate Order pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Date:

cc:     Plaintiff, *pro se*
4411.005