UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**TERRY G. HAYES**                                                                                           **PLAINTIFF**

v.                                                              **CIVIL ACTION NO. 3:07CV-353-S**

**DANNY FACKLER, BULLITT COUNTY JAILER** *et al.*               **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
4411.005